| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Kevin J. Larner, Esq. (KL-8627)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962<br><br>Attorneys for Plaintiff, AFP 104 Corp. | |
| In re:<br><br>OCEAN PLACE DEVELOPMENT LLC,<br><br>Debtor. | Case No: 11-14295-MBK |
| AFP 104 CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>ACOMP IT CONSULTING AND SOLUTIONS and ALFRED CHESNEY,<br><br>Defendants. | Adv. Proc. No: 13-1488-MBK |

*Order Filed on 9/4/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

### JOINT ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages numbered two (2) and three (3) hereby **ORDERED**.

**DATED: 9/4/2013**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Ocean Place Development LLC
Case No.: 11-14295-MBK
AFP 104 Corp. v. ACOMP IT Consulting and Solutions, et al.
Adv. Proc. No: 13-01488-MBK
Caption of Order: Joint Order Scheduling Pretrial Proceedings and Trial

---

A pretrial conference having been scheduled pursuant to *Fed. R. Civ. P.* 16(b) and (e), made applicable to these proceedings by *Fed. R. Bankr. P.* 7016, it is

ORDERED that

1. The parties shall exchange initial disclosures pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a) on or before **September 13, 2013**.

2. All discovery is to be completed by **November 30, 2013.** Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

3. All other motions shall be filed no later than **December 30, 2013** and returnable no later than **January 30, 2014**. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

4. ☐ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

5. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than _____ 2014. The parties anticipate a trial of approximately **2 days**.

6. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

*Approved by Judge Michael Kaplan  September  04, 2013*

Page 3
Debtor: Ocean Place Development LLC
Case No.: 11-14295-MBK
AFP 104 Corp. v. ACOMP IT Consulting and Solutions, et al.
Adv. Proc. No: 13-01488-MBK
Caption of Order: Joint Order Scheduling Pretrial Proceedings and Trial

---

7. Trial will commence on <u>February 26, 2014</u> at <u>10:00 a.m.</u>

or as soon thereafter as the matter may be heard, at:

> United States Bankruptcy Court
> 402 East State Street
> Trenton, NJ 08608
> Courtroom of Judge Michael B. Kaplan, U.S.B.J.

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

4402288v1

*Approved by Judge Michael Kaplan  September 04, 2013*